Miguel CARRILLO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 12–71179.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2013.*

Filed Oct. 7, 2013.

Xavier Gonzales, Xavier Gonzales, Attorney at Law, P.C., Las Vegas, NV, for Petitioner.

Sharon Michele Clay, Esquire, Trial, Oil, DOJ—U.S. Department of Justice Washington, DC, Chief Counsel Ice Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN and BERZON, Circuit Judges; and ZOUHARY, District Judge.**

### MEMORANDUM ***

The only claim in his Petition is that Carrillo's conviction of an aggravated felony was invalid because of ineffective assistance of counsel. That contention "is no longer supportable," because *Chaidez v. United States,* —— U.S. ——, 133 S.Ct. 1103, 185 L.Ed.2d 149 (2013), held *Padilla v. Kentucky,* 559 U.S. 356, 130 S.Ct. 1473,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.

176 L.Ed.2d 284 (2010), non-retroactive. Pet'r's Suppl. Br. at 5.

**DENIED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.